DONALD J. GREEN, ESQ.
LAW OFFICES OF DONALD J. GREEN
4760 S. Pecos Road, Suite 103
Las Vegas, Nevada  89121
Tel: (702) 388-2047
Fax: (855) 459-8472
CrimeLV7777@aol.com
Attorney for Defendant
CARLOS ALBERTO WENCES-OROZCO

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **2:15-cr-0072-GMN-NJK** |
| Plaintiff, | |
| vs. | **STIPULATION FOR CONTINUANCE OF SENTENCING DATE FROM JANUARY 21, 2016** |
| CARLOS WENCES-OROZCO, | |
| | **[SECOND   REQUEST]** |
| Defendant. | |

**Certification**:  It is hereby certified that this Stipulation is filed in a timely manner.

   COME NOW, UNITED STATES OF AMERICA, by and through United States Attorney DANIEL G. BOGDEN, ESQ., by and through Assistant United States Attorney SUSAN CUSHMAN, ESQ., and Defendant CARLOS ALBERT0 WENCES-OROZCO, by and through his counsel, DONALD J. GREEN, ESQ., and respectfully submit the following Stipulation for a continuance of the sentencing date presently scheduled for JANUARY 21, 2016:

   1.   The Defendant is scheduled to be sentenced on JANUAR, 2016.

   2.   Defendant is in custody at the present time.

3. Defense counsel Green still needs additional time to prepare for the sentencing and to meet with the defendant again to review the sentencing phase of this case, given the defendant's criminal history of incarceration.

4. Due to the necessity to grant defense counsel to prepare other documents concerning sentencing matters, this Stipulation requests a **CONTINUANCE** of Defendant's sentencing to the following dates (all of which are on Thursdays) or at a time to be set by the Court at its convenience:

    **A.  February 25, 2016;**
    **B.  March 3, 2016;**
    **C.  March 17, 2016**

5. This SECOND request for a continuance of the sentencing date will allow the defense sufficient time within which to prepare for the sentencing and/or other proceedings in this matter.

6. Defense counsel certifies to this Court that the defendant was consulted about this request for continuance of the sentencing and that the defendant consents to a continuance of the sentencing.

7. This Stipulation for continuance of the sentencing does not invoke any of the provisions of the Speedy Trial Act.

8. Denial of this request for a continuance could result in a miscarriage of justice in that defense counsel would not be prepared to present significant sentencing issues or other matters which might impact on Defendant's case.

...
...
...

1         9.    This is the **SECOND REQUEST**  for a stipulated continuance of the sentencing of this matter.

| LAW OFFICES OF DONALD J. GREEN | DANIEL G. BOGDEN, ESQ.<br>UNITED STATES ATTORNEY |
|---|---|
| BY /s/ Donald J. Green<br>DONALD J. GREEN, ESQ.<br>  Nevada Bar No. 1869<br>  4760 S. Pecos,#103<br>  Las Vegas, Nevada  89121<br>  Attorney for Defendant | BY /s/Susan Chushman<br>  SUSAN CUSHMAN, ESQ.<br>  Asst. U.S. Attorney<br>  333 Las Vegas Blvd.#5000<br>  Las Vegas, Nevada  89101<br>  Attorney for Plaintiff |

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **2:15-cr-0072-GMN-NJK** |
| Plaintiff, ) | |
| vs. ) | **ORDER GRANTING CONTINUANCE OF SENTENCING** |
| CARLOS A. WENCES-OROZCO, ) | |
| Defendant. ) | |

The Court having read and considered the Stipulation for A Continuance of the Sentencing and the reasons in support thereof in the above-entitled matter; the Court further finding that the Stipulation does not invoke any provisions of the Speedy Trial Act; the Court further finding that defendant has been consulted about the request for a continuance of the sentencing and that the defendant consents to said continuance; and GOOD CAUSE THEREFOR:

**IT IS HEREBY ORDERED** that the sentencing of Defendant now scheduled for JANUARY, 2016 is hereby vacated.

**IT IS FURTHER ORDERED** that this matter shall be reset for sentencing on  February 25  2016 at the hour of  11:00 a.m.

DATED this  14  day of JANUARY, 2016.

_____
GLORIA M. NAVARRO
CHIEF UNITED STATES DISTRICT JUDGE